GRIMSLY vs. JERNIGAN; MAYNARD vs. FLANDERS
& HUGUENIN.

1. The verdict is supported by the evidence.
2. Newly discovered testimony which could not change the verdict is
   no ground for new trial.

---

NISBET, trustee, et al. vs. SAWYER, trustee, et al.,
COCH, next friend, vs. WHITSETT, ex'r, et al.; CARRAWAY
vs. LOCKETT; THE AURARIA GOLD MINING CO. vs.
WAHL.

The discretion of the chancellor exercised in the grant or refusal of an
injunction will not be controlled unless abused, or unless some well
recognized principle of law or equity be violated.

---

KNOX, administrator, vs. SUMMERS et al.

Where an attorney makes an affidavit as the foundation of a garnish-
ment, it is not sufficient for him to state that the defendant is justly
indebted to his client a specific sum, "and that he (the attorney at
law) has reason to believe that the said Daniel N. Baker (his client,)
will apprehend the loss of the same, or some part thereof, unless
process of garnishment do issue." A garnishment founded on such
an affidavit will be dismissed on motion.

CRAWFORD, Justice.

---

STORY et al. vs. COLLINS et al.; SAWYER, trustee, et al,
vs. PLANT et al.; MORGAN vs. KEITH; WHITE vs. FUL-
TON et al.

This court will not interfere with the discretion of the court below in
granting a first new trial, unless that discretion has been abused.